ALFREDO RONDÓN, demandante, *v.* JUAN BASABE, demandado. THE AETNA CASUALTY Co., peticionaria y apelante, *v.* ALFREDO RONDÓN, opositor y apelado.

No. 4593.*

OPINIÓN CONCURRENTE DEL JUEZ ASOCIADO SEÑOR WOLF.

Soy del criterio de que, suponiendo que la Comisión de Servicio Público tenga facultad para dictar una regla haciendo responsable a una compañía de seguros en la forma descrita en la opinión de la mayoría, sin embargo, esa compañía no puede ser alcanzada por un embargo, sino que habría que entablar un pleito contra ella. La compañía debe tener su día en corte directamente. La opinión de la mayoría se inclina en ese rumbo, pero, desde mi punto de vista, no va lo suficientemente lejos.

Además, dudo que la Comisión de Servicio Público pueda, mediante una regla, fijar una obligación de esta índole en la compañía aseguradora. El poder, suponiendo que exista, residiría más bien en la Legislatura. Mi disentimiento en *Santiago v. Comisión de Servicio Público*, 37 D.P.R. 520, cae dentro de este mismo campo.